UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BRUCE ARMSTRONG,

       Petitioner,                      Case No. 1:07-CV-974

v.                                         Hon. Richard Alan Enslen

WILLIE SMITH,

       Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Ellen S. Carmody, filed January 11, 2008, is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Withdraw Unexhausted Claims (contained in Dkt. No. 8) is **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED that a certificate of appealability is denied as to each issue raised by Petitioner.**

Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
February 11, 2008                           Richard Alan Enslen
                                                      Senior United States District Judge